# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

|  |  |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| **$21,500.00 in UNITED STATES FUNDS,** | : |
| | : |
| Defendant Property, | : |
| | : |
| **OFER ROLER and ELINOR GREEN,** | : |
| | : |
| Claimants. | : |

Filed at ____ *1:58 P* M
DATE ____ *5 -10 - 07*
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Civil Action No. 5:06-cv-198 (HL)

## ORDER

The Court hereby vacates its Order of March 29, 2007 (Doc. 32). In lieu of that Order, the Court adopts the Consent Order proposed by the parties (Doc. 33) and attached hereto. By adopting this Consent Order, the Court necessarily endorses the Compromise Settlement and Release of Claims prepared by the parties and also attached to this Order. As reflected in the parties' Consent Order, this action is dismissed without costs other than those due this Court. Based on the foregoing, this case is dismissed with prejudice.

**SO ORDERED**, this the _10_ day of May, 2007.

**HUGH LAWSON, JUDGE**

pdl